IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER GIBSON, | |
| Plaintiff, | Case No. 25-cv-12518-SJM-EAS |
| v. | Hon. Stephen J. Murphy, III |
| CITY OF WARREN; STEVEN HODGES, BRENDEN FRASER, DANIEL BRADLEY, JEFFREY MOTYKA, MARK SMITH, THOMAS SCHMELZER, ANTHONY GIANNOLA, ADAM DICKIE, DAVID VILLEROT, JAMES REBIDAS, DAVID HUFFMAN, [first name unknown] HARMON in their individual capacity; and JOHN DOE POLICE OFFICERS 1 through 5 in their individual capacity, | NOTICE OF APPEARANCE |
| Defendants. | |
| _____/ | |

## NOTICE OF APPEARANCE

Please take notice that Syeda Davidson (P72801) is entering an appearance as counsel for Plaintiff in the above-captioned matter.

                                              Respectfully submitted,

                                              /s/Syeda Davidson
                                              Syeda Davidson (P72801)
                                              American Civil Liberties Union
                                                Fund of Michigan
                                              2966 Woodward Ave.
                                              Detroit, MI 48201
                                              (313) 578-6814
Dated: August 13, 2025                 sdavidson@aclumich.org